# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **FREDDIE LARRY COOPER** | : | |
| Petitioner, | : | |
| vs. | : | **CIVIL ACTION 04-0629-BH-L** |
| **RALPH HOOKS, Warden; and** | : | |
| **THE ATTORNEY GENERAL FOR** | | |
| **THE STATE OF ALABAMA,** | : | |
| Respondents. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a _de novo_ determination of those portions of the Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636 (b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that petitioner's petition for habeas corpus relief is hereby **DENIED**.

**DONE** this 18th day of May, 2005.

                                                s/ W. B. Hand
                                              SENIOR DISTRICT JUDGE