# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

**FREDDIE LARRY COOPER** :

    Petitioner, :

vs. : **CIVIL ACTION 04-0629-BH-L**

**RALPH HOOKS, Warden; and** :
**THE ATTORNEY GENERAL FOR**
**THE STATE OF ALABAMA,** :

    Respondents. :

## **JUDGMENT**

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this petition be and is hereby **DENIED**.

**DONE** this 18th day of May, 2005.

                                                s/ W. B. Hand
                                          SENIOR DISTRICT JUDGE